**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Omega Family Services, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Lyfgro Insurance Solutions** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2634481** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **110 West A Street, Suite 1100** |
| **CA** | **San Diego, CA 92101-3702** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **omegafamilyservices.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Omega Family Services, LLC**
_____          Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5242**

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

Debtor  **Omega Family Services, LLC**                                    Case number (*if known*) _____
_____
Name

**11.  Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Omega Family Services, LLC**

Case number (*if known*) _____

Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2020**
                    MM / DD / YYYY

**X** **/s/ Robert Park**                                    **Robert Park**
Signature of authorized representative of debtor            Printed name

Title    **Founder, CEO**

**18. Signature of attorney**

**X** **/s/ William P. Fennell**                            Date    **December 23, 2020**
Signature of attorney for debtor                                    MM / DD / YYYY

**William P. Fennell**
Printed name

**Law Office of William P. Fennell, APLC**
Firm name

**600 West Broadway, Suite 930**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone    **(619) 325-1560**    Email address    **office@fennelllaw.com**

**164210 CA**
Bar number and State

**United States Bankruptcy Court**
**Southern District of California**

In re    <u>Omega Family Services, LLC</u>                                    Case No. _____

                                        Debtor(s)                              Chapter    **7**  _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert Park**, declare under penalty of perjury that I am a **Founder and the CEO** of **Omega Family Services, LLC.** I, **Frederick Gaston**, declare under penalty of perjury that I am also a **Founder** of **Omega Family Services, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability company at a special meeting duly called and held on the **12th** day of **December** , 20 **20** .

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Park, Founder and the CEO** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **Robert Park, Founder and the CEO** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Park, Founder and the CEO** of this limited liability company is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the limited liability company in such bankruptcy case."

Date    _Dec 21, 2020_                         Signed    _____
                                                        **Robert Park**

Date    _12-23-2020_                           Signed    _____
                                                        **Frederick Gaston**

Resolution of Members
of
**Omega Family Services, LLC**


Whereas, at a special meeting duly called and held on the __12th__ day of __December__ , 20 __20__, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code ;

Be It Therefore Resolved, that **Robert Park, Founder and the CEO** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Park, Founder and the CEO** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Park, Founder and the CEO** of this limited liability company is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the corporation in such bankruptcy case.


Date    Dec 21, 2020                    Signed    _____
                                                  Robert Park

Date    12-23-2020                      Signed    _____
                                                  Frederick Gaston

**Fill in this information to identify the case:**

Debtor name    **Omega Family Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2020**     X **/s/ Robert Park**
                                                    Signature of individual signing on behalf of debtor

                                                    **Robert Park**
                                                    Printed name

                                                    **Founder, CEO**
                                                    Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Omega Family Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $     **3,285.43**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $     **3,285.43**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **20,330.17**

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b
         $     **20,330.17**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Omega Family Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Union Bank** | **Checking** | **4101** | $291.61 |
| 3.2. | **Endeavor** | **Checking** | **3705** | $367.07 |
| 3.3. | **Endeavor** | **Savings** | **1793** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      | $658.68 |
      |---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Security Deposit with Landlord** | $2,626.75 |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor      **Omega Family Services, LLC**                                    Case number *(if known)* _____
            Name

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                      | $2,626.75 |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          **1,293.41**      -      **1,293.41**   = ....              **$0.00**
                                       face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:             **2,450.00**      -      **2,450.00**   =....               **$0.00**
                                       face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:               **600.00**      -        **600.00**  = ....               **$0.00**
                                       face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                      | $0.00 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Omega Family Services, LLC**
Name _____     Case number *(If known)* _____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** OmegaFamilyServices.com-no longer published | $0.00 | N/A | $0.00 |
| PrimeInsuranceSolutions.com - no longer published | $0.00 | | $0.00 |
| Lyfgro.com | $0.00 | | $0.00 |

**62.    Licenses, franchises, and royalties**

**63.    Customer lists, mailing lists, or other compilations**

**64.    Other intangibles, or intellectual property**

**65.    Goodwill**

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **Omega Family Services, LLC**                                    Case number *(If known)* _____
            <sub>Name</sub>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Omega 1, Limited Partnership - amount outstanding to be determined**  **0.00** - <span>Total face amount</span>  **0.00** = <span>doubtful or uncollectible amount</span> | **Unknown** |
|  | **Omega Family Real Estate - amount outstanding to be determined**  **0.00** - <span>Total face amount</span>  **0.00** = <span>doubtful or uncollectible amount</span> | **Unknown** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**2020 Federal and State Tax Returns have not yet been filed, it is estimated to be a NOL of approximately $100,000**<br><br>Tax year **2020** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Claims against  State National, ePremium, Ambassador Captive Solutions, Atlas Captive Management, Kynect Captive Management, Performance Insurance Company and Omega Insurance Company SP for denial to provide a previously available critical resourse for the Debtor.**<br>Nature of claim    **Loss of Income and business interruption**<br>Amount requested    **$0.00** | **Unknown** |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor      **Omega Family Services, LLC**                                Case number *(If known)* _____
                 Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $658.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,626.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,285.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,285.43 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Park** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt           4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br>Line from *Schedule A/B*: | _____ | ☐ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       **Omega Family Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Omega Family Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1** | Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

**2.2** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Insolvency Operations Unit**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Omega Family Services, LLC**                                                 Case number *(if known)*

Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3 Sisters Surrogacy**
**4265 San Felipe Road**
**Suite 1100**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A Host of Possibilities**
**1655 W. Fairview Ave**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A Perfect Match**
**8340 Allison Avenue**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abundant Life Surrogacy**
**3709 N. Locust Grove Road**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Families Surrogacy**
**12725 SW. Millikan Way # 300**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angels Creation Reproductive**
**Center**
**7545 Irvine  Center Drive Suit**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Annie Huang, Esq**
**Law Office of Annie Y. Huang**
**790 S Atlantic Blvd Ste 103**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Omega Family Services, LLC**
_____
Name

Case number *(if known)* _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthur Wong**
**18 Deerwood East**
**Irvine, CA 92604**

Date(s) debt was incurred  **Current**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Babiology Surrogacy & Egg Dona**
**17595 Harvard Ave. Suite C606**
**Irvine, CA 92614**

Date(s) debt was incurred  **Current**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blossom Surrogacy**
**3200 Park Center Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **Current**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C2 Surrogacy, LLC**
**3430 E. Russell Rd. Ste 301-39**
**Las Vegas, NV 89120**

Date(s) debt was incurred  **Current**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Baby Consulting, LL**
**155 Harkness Avenue**
**Pasadena, CA 91106**

Date(s) debt was incurred  **Current**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Insurance Commissio**
**Conservation & Liquidation Off**
**PO Box 26894**
**San Francisco, CA 94126-6894**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,022.92 |
|---|---|---|---|

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **4827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Omega Family Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carrying Hope Surrogacy, LLC**
**231 Pete Mann Rd**
**Brevard, NC 28712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Center for Surrogacy &**
**Egg Donation, Inc.**
**P.O. Box 294**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Center For Surrogate Parenting**
**15821 Ventura Blvd # 675**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colorado Surrogacy, LLC**
**8354 E Northfield Blvd # 3700**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Creative Family Connection LLC**
**2 Wisconsin Cir Ste 700**
**Chevy Chase, MD 20815-7007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eloise Drane, Family Inception**
**4720 Peachtree Industrial Blvd**
**Suite 4202**
**Berkeley Lake, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Endeavor Bank**
**750 B Street, Suite 3110**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/13/2020**

Basis for the claim:  **Lender on loan for PPP Cares Act for Financial Assistance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Omega Family Services, LLC**
_____
Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Expect Miracles Surrogacy**
800 W. Broadway
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Formers LLC**
4440 PGA Blvd, Suite 600
Palm Beach Gardens, FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Inceptions**
4720 Peachtree Industrial Blvd
Suite 4202
Berkeley Lake, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Makers Surrogacy Agency**
4521 Forsyth Road
Macon, GA 31210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Matters Surrogacy, LLC**
8030 La Mesa Blvd
La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Family Source Surrogacy**
200 W. Madison Street
Suite 2100
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Forest Conceptions**
17700 Castleton St
City of Industry, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Omega Family Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Future Families NW LLC**
**2628 Aztec Avenue**
**Medford, OR 97501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gaston and Gaston**
**110 West A Street, Suite 1100**
**San Diego, CA 92101-3702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Genesis Rising Surrogacy Cente**
**840 Pinnacle Court Ste 900**
**Mesquite, NV 89027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gestacy LLC**
**500 La Terraza Blvd. Ste 150**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gestational Surrogate Moms Inc**
**3060 Pioneer Hill Road**
**Placerville, CA 95667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giving Tree Surrogacy LLC**
**4199 Campus Dr. Suite 550**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Global D&S Agency**
**908 S. Marguerita Ave, #7**
**Alhambra, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Omega Family Services, LLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Global Surrogacy Inc** | $0.00 |
| | **1234 S Garfield Ave St. 206** | ☐ Contingent |
| | **Alhambra, CA 91801** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Grace LLC** | $0.00 |
| | **101 N. Acacia Ave # 113** | ☐ Contingent |
| | **Solana Beach, CA 92075** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Growing Generations LLC** | $0.00 |
| | **5900 Wilshire Blvd** | ☐ Contingent |
| | **Los Angeles, CA 90036** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Happy Beginnings LLC** | $0.00 |
| | **1304 Salem Road** | ☐ Contingent |
| | **Mount Vernon, IL 62864** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Heartland Surrogacy** | $0.00 |
| | **2501 Grand Ave** | ☐ Contingent |
| | **Des Moines, IA 50312** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Inclusive Surrogacy** | $0.00 |
| | **21750 Hardy Oak Blvd #102** | ☐ Contingent |
| | **San Antonio, TX 78258** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **International Assisted** | $0.00 |
| | **Reproducetion Center** | ☐ Contingent |
| | **11270 86th Ave N** | ☐ Unliquidated |
| | **Maple Grove, MN 55369** | ☐ Disputed |
| | Date(s) debt was incurred __Current__ | Basis for the claim: _Surrogacy Agency - Referral Services Notice Only_ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Omega Family Services, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**KB Planning**<br>**4857 Laurelgrove Ave.**<br>**Valley Village, CA 91607** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Kentucky Dept of Insurance**<br>**Div of Ins Fraud Investigation**<br>**500 Mero Street 2 SE 11**<br>**Frankfort, KY 40601** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Kindred Surrogacy, LLC**<br>**2137 Herndon Ave Ste 104**<br>**Clovis, CA 93611** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Law Offices of Seth W. Wiener**<br>**609 Karina Court**<br>**San Ramon, CA 94582** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Masler Law**<br>**16485 Laguna Canyon Rd #230**<br>**Irvine, CA 92618** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Modern Conceptions Surrogacy**<br>**PO Box 186**<br>**Beaverton, OR 97005** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**NewCare Surrogacy LLC**<br>**650 W. Duarte Road Ste 209A**<br>**Arcadia, CA 91007** | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  **Current**

Last 4 digits of account number _

**Basis for the claim:** **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Omega Family Services, LLC**

Case number (*if known*) _____

Name

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |

**Nexxell Insurance Services**
**3434 Capri Way #4**
**Oceanside, CA 92056**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Broker for Omega Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,857.25** |
|---|---|---|---|

**NMSBPCSLDHB/R&G Properties**
**PO Box 2460**
**Saratoga, CA 95070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _____

Basis for the claim: **Past due rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northwest Surrogacy**
**2722 NE. 33rd Ave.**
**Portland, OR 97210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Current**

Last 4 digits of account number _____

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OC Child and Family Formation**
**Law Group, LLP**
**23441 S Pointe Dr, Suite 270**
**Laguna Hills, CA 92653**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Current**

Last 4 digits of account number _____

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omega Family Genetics**
**110 West A Street Suite 1100**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Current**

Last 4 digits of account number _____

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omega Family Global**
**110 West A Street, Suite 1100**
**San Diego, CA 92101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Current**

Last 4 digits of account number _____

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OneWorld Generation Group LLC**
**9171 Whilshire Boulevard**
**Suite 500**
**Beverly Hills, CA 90210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Current**

Last 4 digits of account number _____

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Omega Family Services, LLC**  Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Open Arms Surrogacy and Egg Donation** | ☐ Contingent | |
| | 5620 Tara Blvd. Ste 201 | ☐ Unliquidated | |
| | Bradenton, FL 34203 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Origo Surrogacy** | ☐ Contingent | |
| | 3990 Concours St., Suite 320 | ☐ Unliquidated | |
| | Ontario, CA 91764 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pacific Healthy Consulting LLC** | ☐ Contingent | |
| | 15548 Red Pepper Pl. | ☐ Unliquidated | |
| | Fontana, CA 92336 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pacific Surrogacy and Egg Donation, Inc.** | ☐ Contingent | |
| | 18370 Burbank Blvd. #511 | ☐ Unliquidated | |
| | Tarzana, CA 91356 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pacific Surrogacy LLC** | ☐ Contingent | |
| | 930 Roosevelt Ave. Suite 210 | ☐ Unliquidated | |
| | Irvine, CA 92620 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pathways To Parenthood LLC** | ☐ Contingent | |
| | "8717 West 11th Street, #470 | ☐ Unliquidated | |
| | Corporate Woods Bldg 14 | ☐ Disputed | |
| | Overland Park, KS 66210 | | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pearl Surrogacy** | ☐ Contingent | |
| | 70 Hudson St Ste 6b | ☐ Unliquidated | |
| | Hoboken, NJ 07030-5618 | ☐ Disputed | |
| | Date(s) debt was incurred **Current** | Basis for the claim: **Surrogacy Agency - Referral Services Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Omega Family Services, LLC** |
| | Name |

Case number (if known) _____

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prime Genetics LLC**
**14090 SW. Frwy Suite 300**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Private Label Surrogacy**
**500 Lake Cook Road, Suite 350**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reproductive Law Center**
**8340 Allison Ave**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Road to Baby**
**5927 Priestly Dr., Suite 214**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rocky Mountain Surrogacy, LLC**
**2238 W Astarie Way**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Same Love Surrogacy**
**8560 W. Sunset Blvd, 5th Floor**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott D. Martin MBA**
**Insurance Compliance Unit**
**PO Box 14480**
**Salem, OR 97309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Omega Family Services, LLC**                                    Case number *(if known)*
_____
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sensible Surrogacy**
**1810 E Sahara Ave #539**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simple Surrogacy**
**4925 Greenville Avenue, Ste 20**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smart Surrogacy**
**P.O. Box 163**
**Monroe, OH 45050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Socal-Surrogacy**
**17291 Irvine Blvd Ste 422**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunshine Surrogacy**
**177 E. Colorado Blvd # 200**
**Pasadena, CA 91105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Superior Surrogacy**
**18 W Oakview Rd.**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Surro Connections, Inc**
**12826 NE Airport Way**
**Portland, OR 97230-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current** _

Last 4 digits of account number _

Basis for the claim:  **Surrogacy Agency - Referral Services Notice Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Omega Family Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Surrogate First**
**5670 Wilshire Blvd Ste 1800**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Surrogate Parenting Services**
**PO Box 7461**
**Laguna Niguel, CA 92607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Surrogate Solutions, LLC**
**6136 Frisco Square Blvd Ste 40**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The City of San Diego**
**Economic Development**
**1200 3rd Ave., Suite 1400**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/27/2020**

**Basis for the claim:**  **Small Business Relief Fund Grant, used as proscribed to qualify as forgiven**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Stork's Nest**
**450 East 96th Street**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Stork's Nest:Ashley Foster**
**9465 Counselors Row # 200**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Surrogacy Consultant**
**301 North 4th Street**
**Wortham, TX 76693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Omega Family Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Surrogacy Source**
dba The Donor Source Intl LLC
24012 Calle De la Plata # 370
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiny Sprouts LLC**
9663 Santa Monica Blvd # 392
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Small Business Admin.**
Attn: ELA Mail Dept.
PO Box 156119
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/13/2020**

**Basis for the claim:**  **Loan for PPP Cares Act for Financial Assistance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UFC International Inc.**
23550 Hawthorne Blvd. Ste 210
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Surrogacy, LLC**
7154 W. State Street
Suite 157
Boise, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**US Surrogacy**
3960 Howard Hughes Pkwy
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Village Surrogacy**
PO Box 2511
Chapel Hill, NC 27515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Current**

**Basis for the claim:**  **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Omega Family Services, LLC**                                          Case number (if known) _____

        Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Worldwide Surrogacy Specialist, LLC**
**2150 Post Road**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Current**

Basis for the claim: **Surrogacy Agency - Referral Services Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Capital One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | Line **3.14**<br>☐ Not listed. Explain ____ | **4827** |
| 4.2 | **Daniel Peterson, Esq.**<br>**Cosgrave Vergeer Kester LLP**<br>**900 SW Fifth Ave., 24th Floor**<br>**Portland, OR 97204** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kiarash Kay Jafari, Esq.**<br>**C & K Law Group**<br>**3525 Hyland Avenue, Suite 270**<br>**Costa Mesa, CA 92626** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 20,330.17 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 20,330.17 |

---

**Fill in this information to identify the case:**

Debtor name **Omega Family Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

---

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Omega Family Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Robert Park** | **1956 Bernardo Plaza Drive #414**<br>**San Diego, CA 92128** | **Capital One** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Park** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                        12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    **Omega Family Services, LLC**                                          Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 0.00     $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.     $ 0.00     $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a.     $ 0.00     $ 0.00

8b. **Interest and dividends**     8b.     $ 0.00     $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c.     $ 0.00     $ 0.00

8d. **Unemployment compensation**     8d.     $ 0.00     $ 0.00

8e. **Social Security**     8e.     $ 0.00     $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____     8f.     $ 0.00     $ 0.00

8g. **Pension or retirement income**     8g.     $ 0.00     $ 0.00

8h. **Other monthly income.** Specify: _____     8h.+     $ 0.00     + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 0.00     $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.     10.     $ 0.00     + $ 0.00     = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.     +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.     $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Robert Park**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐  An amended filing
☐  A supplement showing postpetition chapter
     13 expenses as of the following date:

     _____
     MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
                                                                                                  ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4.  $ _____ 0.00

    **If not included in line 4:**

    4a.   Real estate taxes                                                        4a.  $ _____ 0.00
    4b.   Property, homeowner's, or renter's insurance                             4b.  $ _____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses                            4c.  $ _____ 0.00
    4d.   Homeowner's association or condominium dues                              4d.  $ _____ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans   5.  $ _____ 0.00

Debtor 1   **Omega Family Services, LLC**                                  Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here: _____

**Fill in this information to identify the case:**

Debtor name  **Omega Family Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$120,583.21** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$510,535.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Prem Pay Health /<br>Prem Pay Life Ins** | **$9,028.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$243,157.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Rewards Cash Back** | **$542.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **Omega Family Services, LLC**                                           Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Omega Family Services 79305 | There is currently an investigation by the Oregon Division of Financial Regulation regarding selling insurance as an unlicensed entity and requiring prior approval of insurance products. | Insurance Compliance Unit Division of Financial Regulation Oregon Dept of Consumer & Business Serv PO Box 14480 Salem, OR 97309 | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Omega Family Services, LLC** _____    Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Poway Valley Senior Center**<br>**16315 Pomerado Rd**<br>**Poway, CA 92064** | **Miscellaneous furniture** | **10/2020** | **$200.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of William P.**<br>**Fennell, APLC**<br>**600 West Broadway, Suite**<br>**930**<br>**San Diego, CA 92101** | **Attorney Fees  $12,165.00**<br>**Filing Fee  $335.00** | **12/16/2020** | **$12,500.00** |
| | **Email or website address**<br>**FennellLaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Omega Family Services, LLC**                              Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1010 Second Avenue<br>24th Floor<br>San Diego, CA 92101 | 05/16/2016 - 09/2017 |
| 14.2. | 110 West A Street, Suite 1100<br>San Diego, CA 92101 | 09/2017 to present |
| 14.3. | 16466 Bernardo Center Drive<br>Suite 188<br>San Diego, CA 92128 | 05/16/2016 - 10/31/2020 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **Omega Family Services, LLC**                                   Case number *(if known)* _____

**Personal contact information relevant to purchase of health insurance.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | Omega Family Services, LLC | Case number *(if known)* | |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Gena Dean Address Unknown | 2019-2020 |
| 26a.2. | Andrea Park 3440 Capri Way, Unit 1 Oceanside, CA 92056 | 05/2016-09/2019 |
| 26a.3. | Covell, Jani & Pasch LLP 345 W 9th Avenue, Suite 100 Escondido, CA 92025-5055 | 03/2020 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor    **Omega Family Services, LLC**                                          Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Robert Park**<br>**1956 Bernardo Plaza Dr., #414**<br>**San Diego, CA 92128** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Venture Co.**<br>**171 Battery Street, 1st Flr.**<br>**Burlington, VT 05401-5210** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Park** | **1956 Bernardo Plaza Dr., #414**<br>**San Diego, CA 92128** | **Founder, CEO** | **49%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frederick Gaston** | **110 West A Street, Suite 1100**<br>**San Diego, CA 92101-3702** | **Founder** | **51%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kyle Kramer** | **Address Unknown** | **Founder Equity Shareholder** | **04/29/2016 - 12/31/2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 7

Debtor   **Omega Family Services, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert Park 1956 Bernardo Plaza Dr., #414 San Diego, CA 92128 | $949.65 $949.66 $913.05 $925.25 $949.65 $1,071.68 $456.75 | 08/21/2020 07/24/2020 07/10/2020 06/26/2020 06/15/2020 05/19/2020 03/06/2020 | Salary |
| | **Relationship to debtor** Founder, CEO | | | |
| 30.2. | Omega 1, Limited Partnership 110 West A Street, Suite 1100 San Diego, CA 92101 | $47,992.07 | 2020 | To assist with cash flow issues |
| | **Relationship to debtor** Entity with common owners | | | |
| 30.3. | Omega Family Real Estate 110 West A Street, Suite 1100 San Diego, CA 92101 | $6,650.00 | 2020 | To assist with cash flow issues |
| | **Relationship to debtor** Entity with common owners | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Omega Family Services, LLC**                                     Case number *(if known)*  _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2020**

**/s/ Robert Park**                                               **Robert Park**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Founder, CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Revised: 1/24/13
Name, Address, Telephone No. & I.D. No.
**William P. Fennell**
**600 West Broadway, Suite 930**
**San Diego, CA 92101**
**(619) 325-1560**
**164210 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Omega Family Services, LLC**

Tax I.D. / S.S. #: **81-2634481**

                                    Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
### AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.      Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.      Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.      Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.      Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.     File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.     Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.     Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.      Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.      Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.      Opposing Motions for Relief from Stay;

4.      Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.      Redemption Motions and hearings on Redemption Motions;

6.      Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.      Representation in a Motion to Dismiss or Convert debtor's case;

8.      Motions to Reinstate or Extend the Automatic Stay;

9.      Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

2

# III.
# Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.    Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.    Defense of a Complaint objecting to discharge;

3.    Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.    Sheriff levy releases;

5.    Section 522(f) Lien Avoidance Motions;

6.    Opposing a request for, or appearing at a 2004 examination;

7.    All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.    Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.    Filing or responding to an appeal;

10.   An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

# IV.
# Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.    Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.    List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.    Provide accurate and complete financial information;

4.    Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.    Cooperate and communicate with your attorney;

6.    Discuss the objectives of the case with your attorney before you file;

3

7.    Keep the attorney updated with any changes in contact information, including email address;

8.    Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.    Keep the attorney updated on any changes in the household income and expenses;

10.    Timely file all statutorily required tax returns;

11.    Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.    Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.    Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.    Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.    Pay all required fees prior to the filing of the case;

16.    Promptly pay all required fees in the event post filing fees are incurred;

17.    Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:    **December 23, 2020**                    **/s/ Robert Park**
                                          **Robert Park**
                                          Debtor

Dated:    **December 23, 2020**                    **/s/ William P. Fennell**
                                          **William P. Fennell**
                                          Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of California

In re    **Omega Family Services, LLC**
_____    Case No. _____
                                           Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **12,165.00** |
| Prior to the filing of this statement I have received | $ | **12,165.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor(s) in dischargeability actions, 707 and 727 motions, stay violations, judicial lien avoidances, relief from stay actions or any other adversary proceeding; redemption motions, negotiations with secured creditors regarding market value; objections to exemptions; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real estate; amendments; chapter conversions; appeals; objections to proofs of claim; hearing continuations; and any/all other matters not specifically listed in 5a thru 5c.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 23, 2020**
_____    **/s/ William P. Fennell**
_____
_Date_    **William P. Fennell**
    _Signature of Attorney_
    **Law Office of William P. Fennell, APLC**
    **600 West Broadway, Suite 930**
    **San Diego, CA 92101**
    **(619) 325-1560   Fax: (619) 325-1558**
    **office@fennelllaw.com**
    _Name of law firm_

---

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**William P. Fennell**
**600 West Broadway, Suite 930**
**San Diego, CA 92101**
**(619) 325-1560**
**164210 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Omega Family Services, LLC**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: **98**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.         TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **December 23, 2020**                    **/s/ Robert Park**
                                                          **Robert Park**/Founder, CEO
                                                           Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a) A new petition is filed.  Diskette required.

    b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

    a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

    a) <u>Scannable matrix format required.</u>

    b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

3 Sisters Surrogacy
4265 San Felipe Road
Suite 1100
Houston, TX 77027


A Host of Possibilities
1655 W. Fairview Ave
Boise, ID 83702


A Perfect Match
8340 Allison Avenue
La Mesa, CA 91942


Abundant Life Surrogacy
3709 N. Locust Grove Road
Meridian, ID 83646


All Families Surrogacy
12725 SW. Millikan Way # 300
Beaverton, OR 97005


Angels Creation Reproductive
Center
7545 Irvine  Center Drive Suit
Irvine, CA 92618


Annie Huang, Esq
Law Office of Annie Y. Huang
790 S Atlantic Blvd Ste 103
Monterey Park, CA 91754


Arthur Wong
18 Deerwood East
Irvine, CA 92604


Babiology Surrogacy & Egg Dona
17595 Harvard Ave. Suite C606
Irvine, CA 92614

Blossom Surrogacy
3200 Park Center Drive
Costa Mesa, CA 92626


C2 Surrogacy, LLC
3430 E. Russell Rd. Ste 301-39
Las Vegas, NV 89120


California Baby Consulting, LL
155 Harkness Avenue
Pasadena, CA 91106


California Insurance Commissio
Conservation & Liquidation Off
PO Box 26894
San Francisco, CA 94126-6894


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
PO Box 60599
City of Industry, CA 91716-0599


Carrying Hope Surrogacy, LLC
231 Pete Mann Rd
Brevard, NC 28712


Center for Surrogacy &
Egg Donation, Inc.
P.O. Box 294
Southborough, MA 01772


Center For Surrogate Parenting
15821 Ventura Blvd # 675
Encino, CA 91436

Colorado Surrogacy, LLC
8354 E Northfield Blvd # 3700
Denver, CO 80238


Creative Family Connection LLC
2 Wisconsin Cir Ste 700
Chevy Chase, MD 20815-7007


Daniel Peterson, Esq.
Cosgrave Vergeer Kester LLP
900 SW Fifth Ave., 24th Floor
Portland, OR 97204


Eloise Drane, Family Inception
4720 Peachtree Industrial Blvd
Suite 4202
Berkeley Lake, GA 30071


Endeavor Bank
750 B Street, Suite 3110
San Diego, CA 92101


Expect Miracles Surrogacy
800 W. Broadway
San Diego, CA 92101


Family Formers LLC
4440 PGA Blvd, Suite 600
Palm Beach Gardens, FL 33410


Family Inceptions
4720 Peachtree Industrial Blvd
Suite 4202
Berkeley Lake, GA 30071


Family Makers Surrogacy Agency
4521 Forsyth Road
Macon, GA 31210

Family Matters Surrogacy, LLC
8030 La Mesa Blvd
La Mesa, CA 91942


Family Source Surrogacy
200 W. Madison Street
Suite 2100
Chicago, IL 60606


Forest Conceptions
17700 Castleton St
City of Industry, CA 91748


Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Future Families NW LLC
2628 Aztec Avenue
Medford, OR 97501


Gaston and Gaston
110 West A Street, Suite 1100
San Diego, CA 92101-3702


Genesis Rising Surrogacy Cente
840 Pinnacle Court Ste 900
Mesquite, NV 89027


Gestacy LLC
500 La Terraza Blvd. Ste 150
Escondido, CA 92025


Gestational Surrogate Moms Inc
3060 Pioneer Hill Road
Placerville, CA 95667

Giving Tree Surrogacy LLC
4199 Campus Dr. Suite 550
Irvine, CA 92612


Global D&S Agency
908 S. Marguerita Ave, #7
Alhambra, CA 91803


Global Surrogacy Inc
1234 S Garfield Ave St. 206
Alhambra, CA 91801


Grace LLC
101 N. Acacia Ave # 113
Solana Beach, CA 92075


Growing Generations LLC
5900 Wilshire Blvd
Los Angeles, CA 90036


Happy Beginnings LLC
1304 Salem Road
Mount Vernon, IL 62864


Heartland Surrogacy
2501 Grand Ave
Des Moines, IA 50312


Inclusive Surrogacy
21750 Hardy Oak Blvd #102
San Antonio, TX 78258


Internal Revenue Service
Insolvency Operations Unit
PO Box 7346
Philadelphia, PA 19101-7346

International Assisted
Reproduction Center
11270 86th Ave N
Maple Grove, MN 55369


KB Planning
4857 Laurelgrove Ave.
Valley Village, CA 91607


Kentucky Dept of Insurance
Div of Ins Fraud Investigation
500 Mero Street 2 SE 11
Frankfort, KY 40601


Kiarash Kay Jafari, Esq.
C & K Law Group
3525 Hyland Avenue, Suite 270
Costa Mesa, CA 92626


Kindred Surrogacy, LLC
2137 Herndon Ave Ste 104
Clovis, CA 93611


Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582


Masler Law
16485 Laguna Canyon Rd #230
Irvine, CA 92618


Modern Conceptions Surrogacy
PO Box 186
Beaverton, OR 97005


NewCare Surrogacy LLC
650 W. Duarte Road Ste 209A
Arcadia, CA 91007

Nexxell Insurance Services
3434 Capri Way #4
Oceanside, CA 92056


NMSBPCSLDHB/R&G Properties
PO Box 2460
Saratoga, CA 95070


Northwest Surrogacy
2722 NE. 33rd Ave.
Portland, OR 97210


OC Child and Family Formation
Law Group, LLP
23441 S Pointe Dr, Suite 270
Laguna Hills, CA 92653


Omega Family Genetics
110 West A Street Suite 1100
San Diego, CA 92101


Omega Family Global
110 West A Street, Suite 1100
San Diego, CA 92101


OneWorld Generation Group LLC
9171 Whilshire Boulevard
Suite 500
Beverly Hills, CA 90210


Open Arms Surrogacy and Egg
Donation
5620 Tara Blvd. Ste 201
Bradenton, FL 34203


Origo Surrogacy
3990 Concours St., Suite 320
Ontario, CA 91764

Pacific Healthy Consulting LLC
15548 Red Pepper Pl.
Fontana, CA 92336


Pacific Surrogacy and Egg
Donation, Inc.
18370 Burbank Blvd. #511
Tarzana, CA 91356


Pacific Surrogacy LLC
930 Roosevelt Ave. Suite 210
Irvine, CA 92620


Pathways To Parenthood LLC
"8717 West 11th Street, #470
Corporate Woods Bldg 14
Overland Park, KS 66210


Pearl Surrogacy
70 Hudson St Ste 6b
Hoboken, NJ 07030-5618


Prime Genetics LLC
14090 SW. Frwy Suite 300
Sugar Land, TX 77478


Private Label Surrogacy
500 Lake Cook Road, Suite 350
Deerfield, IL 60015


Reproductive Law Center
8340 Allison Ave
La Mesa, CA 91942


Road to Baby
5927 Priestly Dr., Suite 214
Carlsbad, CA 92008

Robert Park
1956 Bernardo Plaza Drive #414
San Diego, CA 92128


Rocky Mountain Surrogacy, LLC
2238 W Astarie Way
Meridian, ID 83646


Same Love Surrogacy
8560 W. Sunset Blvd, 5th Floor
West Hollywood, CA 90069


Scott D. Martin MBA
Insurance Compliance Unit
PO Box 14480
Salem, OR 97309


Sensible Surrogacy
1810 E Sahara Ave #539
Las Vegas, NV 89104


Simple Surrogacy
4925 Greenville Avenue, Ste 20
Dallas, TX 75206


Smart Surrogacy
P.O. Box 163
Monroe, OH 45050


Socal-Surrogacy
17291 Irvine Blvd Ste 422
Tustin, CA 92780


Sunshine Surrogacy
177 E. Colorado Blvd # 200
Pasadena, CA 91105

Superior Surrogacy
18 W Oakview Rd.
Asheville, NC 28806


Surro Connections, Inc
12826 NE Airport Way
Portland, OR 97230-1029


Surrogate First
5670 Wilshire Blvd Ste 1800
Los Angeles, CA 90036


Surrogate Parenting Services
PO Box 7461
Laguna Niguel, CA 92607


Surrogate Solutions, LLC
6136 Frisco Square Blvd Ste 40
Frisco, TX 75034


The City of San Diego
Economic Development
1200 3rd Ave., Suite 1400
San Diego, CA 92101


The Stork's Nest
450 East 96th Street
Indianapolis, IN 46240


The Stork's Nest:Ashley Foster
9465 Counselors Row # 200
Indianapolis, IN 46240


The Surrogacy Consultant
301 North 4th Street
Wortham, TX 76693

The Surrogacy Source
dba The Donor Source Intl LLC
24012 Calle De la Plata # 370
Laguna Hills, CA 92653


Tiny Sprouts LLC
9663 Santa Monica Blvd # 392
Beverly Hills, CA 90210


U.S. Small Business Admin.
Attn: ELA Mail Dept.
PO Box 156119
Fort Worth, TX 76155


UFC International Inc.
23550 Hawthorne Blvd. Ste 210
Torrance, CA 90505


United Surrogacy, LLC
7154 W. State Street
Suite 157
Boise, ID 83714


US Surrogacy
3960 Howard Hughes Pkwy
Las Vegas, NV 89169


Village Surrogacy
PO Box 2511
Chapel Hill, NC 27515


Worldwide Surrogacy
Specialist, LLC
2150 Post Road
Fairfield, CT 06824

# United States Bankruptcy Court
## Southern District of California

In re  **Omega Family Services, LLC**

                           Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Omega Family Services, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 23, 2020**

Date

**/s/ William P. Fennell**

**William P. Fennell**

Signature of Attorney or Litigant

Counsel for  **Omega Family Services, LLC**

**Law Office of William P. Fennell, APLC**

**600 West Broadway, Suite 930**
**San Diego, CA 92101**
**(619) 325-1560 Fax:(619) 325-1558**
**office@fennelllaw.com**