Michael A. Sweet (SBN 184345)
msweet@foxrothschild.com
Keith C. Owens (SBN 184841)
kowens@foxrothschild.com
Nicholas A. Koffroth (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles CA 90067
Telephone:     (310) 598-4150
Facsimile:     (310)556-9828

Attorneys for ELAP Services, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 7 |
|---|---|
| OMEGA FAMILY SERVICES, LLC, | Case No. 20-06121-LA7 |
| *Debtor*. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND INCLUSION ON MASTER MAILING MATRIX** |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE CHAPTER 7 TRUSTEE; AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Section 342 of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby appears on behalf of ELAP Services, LLC, and requests that it be served with all papers and pleadings filed in the above-captioned bankruptcy case or any subsequently filed adversary proceedings which require notice to parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, and 9010(b); copies of all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise); any

other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger, service, facsimile or otherwise. By this request, the undersigned requests that such notice be provided to the following:

> Michael A. Sweet
> msweet@foxrothschild.com
> Keith C. Owens
> kowens@foxrothschild.com
> Nicholas A. Koffroth
> nkoffroth@foxrothschild.com
> **FOX ROTHSCHILD LLP**
> 10250 Constellation Blvd., Suite 900
> Los Angeles CA 90067
> Telephone:    (310) 598-4150
> Facsimile:    (310)556-9828

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Neither this request, nor notice and service or any later appearance, pleadings, claim or suit is intended to be, nor shall be construed as, ELAP Services, LLC's (1) consent to jurisdiction or waives any objection that may be made to the jurisdiction of the Court, (2) consent to have any attorney accept service of process of a pleading or other paper initiating a contested matter, (3) waiver of any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) waiver of any other substantive or procedural right. All of ELAP Services, LLC's rights, remedies and claims are expressly preserved.

Dated: January 20, 2021                    Fox Rothschild LLP
                                            By */s/ Keith C. Owens*
                                            Keith C. Owens
                                            *Attorneys for ELAP Services, LLC*

2

Active\118774763.v1-1/20/21

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE ND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/20/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William P. Fennell**    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com
- **James L. Kennedy**    jim@jlkennedy.com, jlk@trustesolutions.net
- **United States Trustee**    ustp.region15@usdoj.gov

**2.    SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2021 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Active\118774763.v1-1/20/21