CSD 1100 [12/01/2020] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.

William P. Fennell (SBN 164210)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, CA 92101
(619) 325-1560
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Omega Family Services, LLC

BANKRUPTCY NO. 20-06121-LT7

Debtor.

# AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Voluntary Petition
- [ ] Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- [ ] Exhibit C: Attachment to Voluntary Petition B 1
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt for Individuals
- [ ] Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule of Executory Contracts & Expired Leases
- [ ] Schedule of Co-Debtor
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2
- [x] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Your Current Monthly Income
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- [ ] Chapter 7 Means Test Calculation
- [ ] Chapter 11 Statement of Your Current Monthly Income
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- [ ] Chapter 13 Calculation of Your Disposable Income
- [ ] Other:

Dated: 2/16/2021

Signature _____
Attorney for Debtor

CSD 1100 (Page 2 of 3) [12/01/2020]

## DECLARATION OF DEBTOR

I [We] __**Robert Park**, Founder, CEO of__, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 2/16/2021          _____/s/ signature_____                    _____
                                              *Debtor                                                                    *Joint Debtor
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
    1.  Before each entry, specify the purpose of the amendment by inserting:
        a.  "ADDED," if the information was missing from the previous document filed; or
        b.  "CORRECTED," if the information modifies previously listed information; or
        c.  "DELETED," if previously listed information is to be removed.
    2.  At the bottom of each page, insert the word "AMENDED."
    3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below by the mode of service shown below:

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **February 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑  Chapter 7 Trustee:  jim@jlkennedy.com

**Keith C. Owens**   kowens@foxrothschild.com, KHoang@foxrothschild.com

☑ For Chpt. 7, 11, & 12 cases:              ☐ For ODD numbered Chapter 13 cases:         ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE                          THOMAS H. BILLINGSLEA, JR., TRUSTEE              DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov                        Billinslea@thb.coxatwork.com                     admin@ch13.sdcoxmail.com
                                                                                                dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/2020]

2. **Served by United States Mail:**

   On **2/16/2021**, , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   **Northwest Surrogacy Center LLC**
   **c/o Leonard Law Group**
   **4110 SE Hawthorne Blvd**
   **PMB 506**
   **Portland, OR 97214-5246**

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

| Executed on | February 16, 2021 | /s/Luralene L. Schultz |
| --- | --- | --- |
| | (Date) | **Luralene L. Schultz** |
| | | **Law Office of William P. Fennell, APLC** |
| | | **600 West Broadway, Suite 930** |
| | | **San Diego, CA 92101** |
| | | Address |

| Debtor | Omega Family Services, LLC | Case number (if known) | 20-06121 |
|---|---|---|---|

Personal contact information relevant to purchase of health insurance.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **"ADDED"** <br> **Union Bank** <br> **16880 Bernardo Center Drive** <br> **San Diego, CA 92128** | XXXX-8112 | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | 12/22/2020 | $32.11 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12: Details About Environment Information

AMENDED