**LOCKE LORD LLP**
Meagan S. Tom (SBN: 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:   (415) 318-8810
Facsimile:    (415) 676-5816

**LOCKE LORD LLP**
Aaron C. Smith (pro hac vice application to be filed)
asmith@lockelord.com
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Telephone:  (312) 443-0700
Fax:  (312) 443-0336

Attorneys for Creditors
State National Insurance Company, Inc. and National Specialty Insurance Company

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**OMEGA FAMILY SERVICES, LLC,**<br><br>               Debtor. | Case No.  20-bk-06121<br><br>Chapter  7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF MEAGAN S. TOM**<br><br>[No hearing required] |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

   **PLEASE TAKE NOTICE** that Meagan S. Tom of Locke Lord LLP hereby appears as counsel for creditors State National Insurance Company, Inc. and National Specialty Insurance Company in the above-captioned bankruptcy case, and pursuant to sections 102(1) and 342 of the

1
**PROOF OF SERVICE**

92312295v.1

Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, requests that copies of any and all notices, papers, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, and all other documents filed or entered in this case be transmitted to:

> Meagan S. Tom
> Locke Lord LLP
> meagan.tom@lockelord.com
> 101 Montgomery Street, Suite 1950
> San Francisco, CA 94104
> Tele: (415) 318-8810/Fax: (415) 676-5816
>
> Aaron C. Smith
> Locke Lord LLP
> asmith@lockelord.com
> 111 South Wacker Drive, Suite 4100
> Chicago, IL 60606
> Telephone: (312) 443-0700/Fax: (312) 443-0336

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Title 11 of the United States Code, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests for pleadings, disclosure statements, plans, letters, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, facsimile, or otherwise filed or delivered to the clerk, court, or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers, including any prior or subsequent appearance, pleading, claim, or suit shall not waive any right to (i) have final orders in non-core matters entered only after de novo review by a

United States District Court judge, (ii) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Court for any purpose, (v) any election or remedy, or (vi) any right, claim, action, defense, or setoff or recoupment, in law, in equity, or otherwise, all of which are hereby reserved.

Dated:  June 7, 2021                                  Respectfully submitted,

**LOCKE LORD LLP**

By:     /s/  Meagan S. Tom
       Meagan S. Tom
       Aaron C. Smith
Attorneys for Creditors
State National Insurance Company, Inc. and National Specialty Insurance Company