CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.
Locke Lord LLP, Meagan S. Tom
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
415-318-8810
SBN: 273489

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
OMEGA RISK MANAGEMENT, LLC

Debtor.

BANKRUPTCY NO. 20-bk-06121

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Steven Pearson                am a resident of the State of California, over the age of 18 years, and not a party to this action.

On June 7, 2021        , I served the following documents:

Notice of Appearance and Request for Service of Papers on Meagan S. Tom

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 7, 2021         , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

James L. Kennedy     jim@jlkennedy.com, jlk@trustesolutions.net
Keith C. Owens     kowens@foxrothschild.com, KHoang@foxrothschild.com
William P. Fennell     william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;
wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:    ☐ For ODD numbered Chapter 13 cases:    ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE          THOMAS H. BILLINGSLEA, JR., TRUSTEE       DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov         Billingslea@thb.coxatwork.com             admin@ch13.sdcoxmail.com
                                                                          dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on June 7, 2021
(Date)

Steven Pearson
(Typed Name and Signature)

1950 Montgomery Street, Suite 1950
(Address)

San Francisco, CA 94104
(City, State, ZIP Code)

CSD 3010