William P. Fennell, Esq. (SBN 164210)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, California 92101
Telephone: (619) 325-1560
Fax: (619) 325-1558

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case Number: 20-06121-LT7 |
| | Chapter 7 |
| OMEGA FAMILY SERVICES, LLC | Honorable Laura S. Taylor |
| Debtor. | **STIPULATION FOR ENTRY OF AN ORDER FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRBP 2004** |

      Debtor, Omega Family Services, LLC ("Debtor"), by and through its counsel of record, William P. Fennell, Esq. of the Law Office of William P. Fennell, APLC and Northwest Surrogacy Center by and through its counsel of record, Justin D. Leonard, Esq. of Leonard Law Group LLC hereby enter into this Stipulation for Entry of an Order for Production of Documents Pursuant to FRBP 2004.

      1.    On December 23, 2020, Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

      2.    Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"), Northwest Surrogacy Center seeks authority to require the Debtor to

1 | produce its Errors and Omissions insurance policy issued by and through Nationwide National Casualty Company.

3. Debtor and Northwest Surrogacy Center have agreed to stipulate to entry of an order permitting the production of this document pursuant to Federal Rule of Bankruptcy Procedure 2004 with documents produced within 7 days of entry of the order approving this stipulation.

IT IS SO STIPULATED.

                LAW OFFICE OF WILLIAM P. FENNELL, APLC

Dated: June 3, 2021      By: /s/William P. Fennell
                                   William P. Fennell, Esq.
                                   Attorney for Debtor

                LEONARD LAW GROUP, LLC

Dated: June **3**, 2021      By: _____
                                   Justin D. Leonard, Esq.
                                   Attorney for Northwest Surrogacy Center