CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

William P. Fennell (SBN 164210)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, CA 92101
Tel: (619) 325-1560

Attorney for Debtor

Order Entered on
June 10, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

OMEGA FAMILY SERVICES, LLC

Debtor.

BANKRUPTCY NO. 20-06121-LA7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Honorable Louise DeCarl Adler

**ORDER ON**
**STIPULATION FOR ENTRY OF AN ORDER FOR PRODUCTION**
**OF DOCUMENTS PURSUANT TO FRBP 2004**

The court orders as set forth on the continuation pages attached and numbered 2 through 4 with exhibits, if any, for a total of 4 pages. Motion/Application Docket Entry No. 19.

//
//
//
//
//
//
//

DATED:  June 9, 2021

*[signature]*
Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                             Page **2** of **2**

ORDER ON STIPULATION FOR ENTRY OF AN ORDER FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRBP 2004
DEBTOR: OMEGA FAMILY SERVICES, LLC                                      CASE NO: 20-06121-LA7

---

Pursuant to the Stipulation for Entry of an Order for Production of Documents Pursuant to FRBP 2004 ("Stipulation") entered into by and between Omega Family Services, LLC ("Debtor") and Northwest Surrogacy Center which has been filed with the court at Docket No. 19 and is attached hereto as Exhibit "A," and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved; and

2. Debtor will produce its Errors and Omissions Insurance Policy issued by and through Nationwide National Casualty Company to Northwest Surrogacy Center within seven (7) days of the entry of this order.

Signed by Judge Louise DeCarl Adler June 9, 2021

William P. Fennell, Esq. (SBN 164210)
LAW OFFICE OF WILLIAM P. FENNELL, APLC
600 West Broadway, Suite 930
San Diego, California 92101
Telephone: (619) 325-1560
Fax: (619) 325-1558

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>OMEGA FAMILY SERVICES, LLC<br><br>Debtor. | Case Number: 20-06121-LT7<br><br>Chapter 7<br><br>Honorable Laura S. Taylor<br><br>**STIPULATION FOR ENTRY OF AN ORDER FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRBP 2004** |

Debtor, Omega Family Services, LLC ("Debtor"), by and through its counsel of record, William P. Fennell, Esq. of the Law Office of William P. Fennell, APLC and Northwest Surrogacy Center by and through its counsel of record, Justin D. Leonard, Esq. of Leonard Law Group LLC hereby enter into this Stipulation for Entry of an Order for Production of Documents Pursuant to FRBP 2004.

1.  On December 23, 2020, Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2.  Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"), Northwest Surrogacy Center seeks authority to require the Debtor to

1  produce its Errors and Omissions insurance policy issued by and through Nationwide
2  National Casualty Company.
3     3.   Debtor and Northwest Surrogacy Center have agreed to stipulate to
4  entry of an order permitting the production of this document pursuant to Federal Rule
5  of Bankruptcy Procedure 2004 with documents produced within 7 days of entry of
6  the order approving this stipulation.
7     IT IS SO STIPULATED.

8                    LAW OFFICE OF WILLIAM P. FENNELL, APLC

10 Dated: June 3, 2021          By:  /s/William P. Fennell
                                William P. Fennell, Esq.
11                              Attorney for Debtor

13                              LEONARD LAW GROUP, LLC

15 Dated: June **3**, 2021        By: _____
                                Justin D. Leonard, Esq.
16                              Attorney for Northwest Surrogacy Center

2

EXHIBIT A
Page 4

Signed by Judge Louise DeCarl Adler June 9, 2021

United States Bankruptcy Court
Southern District of California

In re: Case No. 20-06121-LA
Omega Family Services, LLC Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdfO1 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/Text: jim@jlkennedy.com | Jun 11 2021 01:21:00 | Omega Family Services, LLC, c/o James L. Kennedy, Chapter 7 Trustee, P.O. Box 28459, San Diego, CA 92198-0459 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| Keith C. Owens | on behalf of Creditor ELAP Services  LLC kowens@foxrothschild.com, KHoang@foxrothschild.com |
| Meagan S Tom | on behalf of Creditor State National Insurance Company  Inc. meagan.tom@lockelord.com, autodocket@lockelord.com;steven.pearson@lockelord.com |
| United States Trustee | ustp.region15@usdoj.gov |
| William P. Fennell | on behalf of Debtor Omega Family Services  LLC william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;samantha.larimer@fennelllaw.com;mblackburnjoniaux@yahoo.com |

TOTAL: 5