# EXHIBIT 1



## CERTIFICATE OF INSURANCE

**NOTICE:** This insurance provides professional liability (E&O) insurance coverage and is written on a "claims-made and reported" basis and applies only to "written claims" first made against an insured and reported to the Insurer during the Named Insured's Certificate Period. No coverage exists for claims first made or reported after the Named Insured's Certificate Period unless an extended reporting period applies. (For those Named Insureds who are residents of or practice in NY, no coverage exists for claims first made or reported after the end of the coverage relationship unless an Extended Reporting Period applies.) Defense costs reduce the Limits of Liability and are subject to the Retention. Please review the policy carefully.  Please note that this certificate is a summary of coverage and does not amend, extend, or alter the coverage afforded by the insurance policy, and coverage is subject to all of the terms, conditions and exclusions of the policy. In the instance of any conflict, the insurance language contained in the policy will prevail and control.

| NAMED INSURED: | PRODUCER: |
|---|---|
| OMEGA FAMILY SERVICES, LLC | JASON ROGERS CA LICENSE #: 0K64122 |
| DBA LYFGRO INSURANCE SOLUTIONS | |
| 11956 BERNARDO PLAZA DR., #414 | 8430 ENTERPRISE CIRCLE, STE 200 |
| SAN DIEGO, CA 92128 | LAKEWOOD RANCH, FL 34202 |

**COMPANY AFFORDING COVERAGE:** NATIONAL CASUALTY COMPANY

**COVERAGE:** THIS IS TO CERTIFY THAT THE INSURED LISTED ABOVE IS COVERED UNDER THE POLICY OF INSURANCE LISTED BELOW, FOR THE CERTIFICATE PERIOD INDICATED.   THE INSURANCE AFFORDED BY THE POLICY DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICY.

| Policy Number | Certificate Period | | Limits of Liability: Each Claim | Limits of Liability: Aggregate |
|---|---|---|---|---|
| FNO0001738-VA-03-05 | 8/1/2020 | 8/1/2021 | $1,000,000 | $2,000,000 |

| COVERAGE: | RETENTION AMOUNT: Each Claim |
|---|---|
| Life, Accident, Health, Disability, LTC, Medicare products | $0 |
| Fixed Annuities | $0 |
| Indexed Annuities | $5,000 |
| Variable Products & Mutual Funds | $5,000 |
| Personal Lines P&C | $5,000 |
| Commercial Lines P&C | not purchased |
| Expanded P&C | not purchased |
| Flood Insurance | $25,000 ($100k/$100k /1M Coverage Sublimit Applies) |

| NOTICE OF CLAIMS: | SPECIAL PROVISIONS: |
|---|---|
| National Casualty Company c/o Prosurance Group, Inc. | |
| 2685 Marine Way, Suite 1408 | |
| Mountain View, CA 94043 | |

*Named Insured's Endorsements attached at Certificate Inception:*

| *DATE: 2/18/2021* | *BY*<br>*Authorized Representative* |
|---|---|

This certificate of insurance is not a contract of insurance. It is merely evidence of insurance provided under a Master Policy. Covered claims are paid in accordance with the terms of the Master Policy. Coverage is provided based on representations made on the Named Insured's Application for Insurance. No coverage exists if the representations made on the Named Insured's Application for Insurance are discovered to be false. Failure to provide true and accurate responses to any of the questions on the Application for Insurance will result in the immediate voiding of the insurance coverage issued and/or the denial of claims asserted against the Named Insured. Coverage is in-force only if premium payments are current. This policy provides coverage for the Insured Agency; any owner, partner, executive, officer, director, stockholder, producer, or employee of the Insured Agency, solely while acting within the scope of the person's duties as such; and any estate, heir, executor, administrator, assignee or legal representative of any Insured in the event of the Insured's death, incapacity or bankruptcy, but only to the extent that such person had coverage under the Policy. A Policy Aggregate of $10,000,000 applies under the Master Policy except with respect to those Named Insureds who are resident of or practice in New York State. Please visit www.napa-benefits.org/eo to download a complete copy of the policy for your records.

OFS000142