CSD 3005 [3/01/2021]
Name, Address, Telephone No. & I.D. No.
Locke Lord LLP
Aaron C. Smith (pro hac vice)
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
(312) 443-0336

Order Entered on
July 10, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re   OMEGA FAMILY SERVICES, LLC

Debtor.

BANKRUPTCY NO.   20-06121

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

Date of Hearing:
Time of Hearing:
Name of Judge:

## PRO HAC VICE APPLICATION AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered 2 through 3 with exhibits, if any, for a total of 3 pages.

//

//

//

//

DATED:

July 9, 2021

Judge, United States Bankruptcy Court

CSD 3005

CSD 3005 [3/01/2021] (Page 2)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR:

CASE NO.: 21-01389
ADV. NO.:

Party Represented: State National Insurance Company, Inc. and National Specialty Insurance Company

I, Aaron C. Smith (Applicant), hereby petition the above-entitled court to permit me to appear and participate in this case/adversary proceeding and in support of petition state:

My firm name: Locke Lord LLP

Street address: 111 South Wacker Drive

City, State, ZIP: Chicago, Illinois 60606

Phone number: 312-443-4460

My State Bar Membership Number is 6282131

That on May 2004 (Date), I was admitted to practice before Supreme Court of Illinois (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court,

that I ☒ have ☐ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of Case: In re: Omega Risk Management, LLC

Case Number: 21-01389          Date of Application: 6/29/2021

Application ☐ granted  ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/29/2021

Signature of Applicant

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Name: Meagan S. Tom

Firm: Locke Lord LLP

Address: 101 Montgomery Street, Suite 1950

City, State & ZIP Code: San Francisco, California 94104

Phone No. (415) 318-8810

Dated: 6/29/2021

Signature of Applicant

I hereby consent to the above designation.

Dated: 6/29/2021

Signature of Designee Attorney

CSD 3005

Signed by Judge Laura Stuart Taylor July 9, 2021

CSD 3005 [3/01/2021] (Page 3)
PRO HAC VICE APPLICATION AND ORDER THEREON
DEBTOR:

CASE NO.: 21-31389
ADV. NO.:

Received $213.00 for Court Library fee

_____, Deputy Clerk

## PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission; (3) that he/she is in good standing and eligible to practice in said court; (4) that he/she is not currently suspended or disbarred in any other court; and (5) if he/she has concurrently or within the year preceding his/her current application the attorney made any pro hac vice application to this court, the title and the number of each matter wherein he/she made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his/her application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of each designee.

Fee:   $213.00, Library fee, payable to Clerk, United States District Court
       Please complete and return the library card with this application.

**Application, fee and library card should be mailed directly to:**

        Clerk, US District Court
        333 West Broadway, Ste. 420
        San Diego, California 92101-8900

CSD 3005

Signed by Judge Laura Stuart Taylor July 9, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PRO HAC VICE

APPLICANT (Please Print): Aaron C. Smith
STATE BAR #: 6282131
STATE: Illinois
FIRM NAME (Mailing address): Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
(Telephone): (312) 443-4460
(Signature): [signed]

COURT USE ONLY
FEES PAID
(Date) _____ (Amount) _____
(Initials) _____

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS130989
Cashier ID: fjaimes
Transaction Date: 07/08/2021
Payer Name: CLERK US DISTRICT COURT

PRO HAC VICE
 For: CLERK US DISTRICT COURT
 Case/Party: D-CAS-3-21-LF-002021-001
 Amount:        $183.00
PRO HAC VICE - PRO BONO
 For: CLERK US DISTRICT COURT
 Case/Party: D-CAS-3-21-PB-002021-001
 Amount:        $30.00

CHECK
 Check/Money Order Num: 2413255
 Amt Tendered:   $213.00

Total Due:       $213.00
Total Tendered:  $213.00
Change Amt:      $0.00


There will be a fee of $53.00
charged for any returned check.
```

United States Bankruptcy Court
Southern District of California

In re:  Case No. 20-06121-LA
Omega Family Services, LLC  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 2
Date Rcvd: Jul 12, 2021     Form ID: pdfO1     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/Text: jim@jlkennedy.com | Jul 12 2021 22:59:00 | Omega Family Services, LLC, c/o James L. Kennedy, Chapter 7 Trustee, P.O. Box 28459, San Diego, CA 92198-0459 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| Keith C. Owens | on behalf of Creditor ELAP Services  LLC kowens@foxrothschild.com, KHoang@foxrothschild.com |
| Meagan S Tom | on behalf of Creditor State National Insurance Company  Inc. meagan.tom@lockelord.com, autodocket@lockelord.com;steven.pearson@lockelord.com |
| Michael Ram | on behalf of Party Jeffrey Angeles mram@forthepeople.com |
| Michael Ram | on behalf of Party Mark Angeles mram@forthepeople.com |
| Michael Ram | on behalf of Party Trevor Kelly mram@forthepeople.com |
| Michael Ram | |

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Jul 12, 2021 Form ID: pdfO1 Total Noticed: 1

on behalf of Party Linda Kelly mram@forthepeople.com

United States Trustee
ustp.region15@usdoj.gov

William P. Fennell
on behalf of Debtor Omega Family Services  LLC william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;samantha.larimer@fennelllaw.com;mblackburnjoniaux@yahoo.com

TOTAL: 9